JOSIAH TURNER, JR., *v.* W. W. HOLDEN.

(For Syllabus, see the preceeding case of *Turner* v. *Douglass*.)

This is a part of the preceding case of *Turner* v. *Douglass*, ante, and the motion to discontinue was decided at the same term.

The facts are fully stated in the preceding case. From the refusal of his Honor, to discontinue the case as to defendant, Holden, he appealed.

*Moore & Gatling*, for appellant.
*Devereux* and *Jones & Jones*, contra.

RODMAN, J. This appeal was taken from the ruling of his Honor, that the action was not discontinued as to the defendant Holden. As we have decided in the case of the present plaintiff against Douglass, that the action was not discontinued as to him, the ground on which the present appeal was taken, fails.

There is no error in the judgment appealed from, which is affirmed, and the case is remanded to be proceeded in, &c. Let this opinion be certified.

PER CURIAM.                                         Judgment affirmed.